WILLIAM J. BAXTER, Respondent, v. EUGENE P. HERRMAN, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and dis-

bursements, with leave to defendant to withdraw demurrer and to answer on payment of costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.